No. 12,0154X

FILED FOR RECORD
HARRISON COUNTY, TEXAS
CLERK DISTRICT COURT

2015 JUL 15 AM II: 22

6th COURT OF APPEALS
TEXARKANA, TEXAS
7/16/2015 8:32:00 AM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE DISTRICT COURT |
| VS. | X | IN AND FOR |
| CASEY AUSTIN JONES, | X | HARRISON COUNTY, TEXAS |
| DEFENDANT | X | 71st JUDICIAL DISTRICT |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **CASEY AUSTIN JONES,** Defendant herein, by and through his undersigned counsel for appeal and would show:

CASEY AUSTIN JONES, Defendant, hereby gives his Notice of Appeal of the Judgment of conviction dated June 24, 2015, by taking his appeal to the Court of Appeals for the Sixth Appellate District in Texarkana.

Respectfully submitted,

LEW DUNN
Attorney at Law
201 E. Methvin, Suite 102
P.O. Box 2226
Longview, TX 75606
Tel. 903-757-6711
Fax 903-757-6712
Email: dunn@texramp.net

LEW DUNN
Attorney for Appellant
Texas State Bar No. # 06244600

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was hand-delivered and/or sent by electronic transmission and/or sent by first class mail to the offices of Hon. Coke Solomon, District Attorney, Harrison County Courthouse, Marshall, Texas on this_____day of July, 2014.

LEW DUNN, Counsel for Defendant